

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00777-CR

Joel David **CHAVEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2022-CRA-001335-D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 18, 2024.

Beth Watkins, Justice